# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

**v.**                                                    **CRIMINAL ACTION NO. 3:17CR-119-CRS**

**JIHAD HAQQ**                                                                                  **DEFENDANT**

## PRETRIAL ORDER

This case was called in open court on September 11, 2017 for initial appearance and arraignment proceedings. Defendant Jihad Haqq, was present and in custody. Assistant United States Attorney Robert B. Bonar was present for the United States of America. The proceedings were digitally recorded.

The Court questioned the defendant under oath regarding his ability to afford counsel and found him eligible for appointed counsel. The Court appointed the Office of the Federal Defender. Laura Wyrosdick was present in the Courtroom and accepted the appointment.

This matter is scheduled for trial by jury on **November 13, 2017 at 9:30 a.m**. before the Honorable Charles R. Simpson III, Senior United States District Judge. Expected length of trial is four (4) days.

Counsel shall, prior to the commencement of trial, furnish to the Court Reporter a list of premarked exhibits to be introduced during the trial. The United States shall retain custody of and be responsible for any weapons, firearms, ammunition, alleged drugs, chemicals, and drug paraphernalia admitted as evidence during the trial. The United States shall also retain such custody during post-trial proceedings and appeal, if any.

Please note that depositions (in whole or in part) or other transcripts (of recorded conversations, chat text, other proceedings) read into the record are not reported by the Court Reporter unless directed to do so by the Court. Further, any recording or videotape utilized at a court proceeding is not reported by the Court Reporter. Counsel are responsible for filing in the record or as an exhibit such items for appeal purposes.

**All pretrial motions shall be filed thirty (30) days prior to trial, with responses due fifteen (15) days thereafter.**

**No later than thirty (30) days prior to trial, counsel shall file a concise pretrial memorandum containing the following:**

<u>By the United States</u>:

1. The statute(s) involved and elements of the offense(s), with authorities.

2. A statement of anticipated facts to be proven.

3. A statement of any evidentiary issues which it is reasonably believed will be raised at trial together with citations to the appropriate Federal Rules of Evidence and authorities in support of the position taken.

4. A statement of any known or reasonably anticipated potential trial problems, or other issues which may assist the Court in trying the case.

<u>By the Defendant(s)</u>:

1. A statement of any evidentiary issues which it is reasonably believed will be raised at trial together with citations to the appropriate Federal Rules of Evidence and authorities in support of the position taken.

2. A statement of any known or reasonably anticipated potential trial problems, or other issues which may assist the Court in trying the case.

**No later than thirty (30) days prior to trial, counsel shall file:**

1. Proposed substantive and special jury instructions with citations to authorities. It is not necessary to submit standard general instructions. Additional requests at trial are to be kept to a minimum.

2. Proposed voir dire questions.

The United States having moved for detention,

**IT IS HEREBY ORDERED** that a detention hearing is scheduled for **<u>September 12, 2017, at 2:30 p.m</u>**. before the Honorable Colin H. Lindsay, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant is **REMANDED** to the custody of the United States Marshals Service pending further order of the Court.

September 12, 2017

**ENTERED BY ORDER OF THE COURT
COLIN H. LINDSAY
UNITED STATES DISTRICT COURT
VANESSA L. ARMSTRONG, CLERK
BY:** *Theresa L. Burch*, **Deputy Clerk**

cc: Counsel, USP, Jury Administrator

Time: 10