# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**UNITED STATES OF AMERICA**                                  **PLAINTIFF**

**V.**            **CASE ACTION NO.3:17CR-119-CRS**
*Electronically filed*

**JIHAD HAQQ**                **DEFENDANT**

## BILL OF PARTICULARS
## FOR FORFEITURE OF PROPERTY

The United States of America, by and through Russell M. Coleman, United States Attorney for the Western District of Kentucky, and Robert B. Bonar, Assistant United States Attorney, hereby gives notice that it is seeking forfeiture of the following: **$19,162.00 in U.S. Currency.**

Respectfully submitted,

RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

   s/ *Robert B. Bonar*
Robert B. Bonar
Assistant U.S. Attorney
717 W. Broadway
Louisville, Kentucky 40202
(502) 582-5911

## CERTIFICATE OF SERVICE

I hereby certify that on October 19th, 2017, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

   s/ *Robert B. Bonar*
Robert B. Bonar
Assistant U. S. Attorney