COMMONWEALTH OF KENTUCKY

JEFFERSON DISTRICT/CIRCUIT COURT

**ORDER**

IT IS HEREBY ORDERED:

Pursuant to KRS 61.878(1)(h), the search warrant and supporting affidavit authorizing the search of

<u>  6725 Strawberry Lane, Louisville, Kentucky 40214                              </u>

in Jefferson County, Kentucky, shall be sealed until such time as law enforcement actions are completed or a decision is made to take no action.

---

JUDGE
JEFFERSON DISTRICT/CIRCUIT COURT

| | | |
|---|---|---|
| AOC-79-340<br><br>Commonwealth of Kentucky<br>Court of Justice<br><br>Ky. Const. §10; RCr 13.10 | <br><br>SEARCH WARRANT | Case No. _____<br><br>Court: _____<br><br>County: Jefferson County |

TO ALL PEACE OFFICERS IN THE COMMONWEALTH OF KENTUCKY:

Proof by affidavit having this day been made before me by  Sgt. Thomas Schardein (6600),

a peace officer of  Louisville Metro Police Department,
that there is probable and reasonable cause for the issuance of this Search Warrant as set out in the affidavit attached hereto and made a part hereof as if fully set forth herein; you are commanded to make immediate search of the premises known and numbered as



6725 Strawberry Lane, Louisville, Kentucky 40214

And any secondary storage area that may be located on property

Located within Jefferson County, Kentucky

### and more particularly described as follows:
The residence is described as a single family residence sitting on the south side of Strawberry Lane. The residence faces north. The structure is further described as being white in color, with a dark roof. The Front door, which appears to have a white security door, sits under a large porch and faces Strawberry Lane. The numerals 6725 are present on the mail box, which sits on the curb of the street. The drive way sits to the east of the house, and a blue storage building/shed sits at the end of the drive way. The Residence is located within Jefferson County, Kentucky.

### and/or in a vehicle or vehicles described as:
KY 879EDH, 1997 Dodge Truck, green in color
KY 750028, 1996 Ford F350, gray in color
KY 431DRM, 1998 Chevrolet Silverado, white in color
KY 2562GW, 2005 Ford 500, gray in color
KY 4488GW, 2009 Dodge Journey, white in color

### and/or on the person or persons of:
HAQQ, Jihad A – Formerly Known as Wilbert Thomas BETHEL – Also known as Thomas JONES – Also Known as Thomas SMITH; born ____, with SSAN ____ and Kentucky OLN ____
*and any other persons on the premises that may attempt to traffic, conceal or destroy evidence as described in violation of KRS 218A.*

### the following described personal property, to wit:
Any and all illegal narcotics or paraphernalia as described in violation of KRS 218A, to include, but not to be limited to cocaine, heroin, fentanyl, marijuana, methamphetamines, mdma, analogs of these drugs or other such drugs or illicit substances. Cellular telephones which may show contact with the potential codefendants, to include Gayle HAYES, or the victim Payton SCHUTTE, or others associated with HAYES and SCHUTTE and the subsequent fatal overdose of SCHUTTE. Any other cellular telephone or electronic device that may have been utilized to conduct illegal and illicit activities. Any monies that are proceeds from drug trafficking. Any weapons that may be used to protect illegal narcotics or money. Any paperwork that may be a record of narcotics sales or that may be indicative of the transport, concealment or sales of narcotics. Any paper that may be evidence of individuals living in the residence. Any electronic recording media, computers, software or other such devices that may be used to hold or document illegal narcotics activities in violation of KRS 218A. Any items that might be other evidence of money laundering, or the use of illicitly obtained monies in violations of the KRS. Any evidence that may indicate other violations of the Kentucky Revised Statutes. Any evidence that may indicate other violations of the Kentucky Revised Statutes.

**Due to the lengthy, and violent, criminal history associated with Jihad HAQQ detailed in the attached affidavit your affiant request the permission of the court for a "No Knock" warrant to ensure officer safety**

_4-26_____, 20 _17_  _[signature]_____ Judge
                                _Jefferson Circuit_____ Court

Executed on this the _27th_ day of _April_____, 20 _17_, by Officer _Schroeder_____, of the _LMPD_____, badge number _6606___, by searching said premises/vehicle/persons described herein and by seizing the following:

SEE ATTACHED

| AOC-82-335 |  | Case No. | |
|---|---|---|---|
| Commonwealth of Kentucky<br>Court of Justice | | Court: | |
| Ky. Const. §10; RCr 13.10 | AFFIDAVIT FOR<br>SEARCH WARRANT | County: | Jefferson County |

The affiant, _____Sgt. Thomas Schardein (6600)_____, a peace officer of

_____Louisville Metropolitan Police Department_____,

<u>being first duly sworn, states that he has and there is reasonable and probable grounds to believe and affiant does believe that there is now on the premises known and numbered as:</u>



6725 Strawberry Lane, Louisville, Kentucky 40214

And any secondary storage area that may be located on property

Located within Jefferson County, Kentucky

<u>and more particularly described as follows:</u>
The residence is described as a single family residence sitting on the south side of Strawberry Lane. The residence faces north. The structure is further described as being white in color, with a dark roof. The Front door, which appears to have a white security door, sits under a large porch and faces Strawberry Lane. The numerals 6725 are present on the mail box, which sits on the curb of the street. The drive way sits to the east of the house, and a blue storage building/shed sits at the end of the drive way. The Residence is located within Jefferson County, Kentucky.

<u>and/or in a vehicle or vehicles described as:</u>
KY 879EDH, 1997 Dodge Truck, green in color
KY 750028, 1996 Ford F350, gray in color
KY 431DRM, 1998 Chevrolet Silverado, white in color
KY 2562GW, 2005 Ford 500, gray in color
KY 4488GW, 2009 Dodge Journey, white in color

<u>and/or on the person or persons of:</u>
HAQQ, Jihad A – Formerly Known as Wilbert Thomas BETHEL – Also known as Thomas JONES – Also Known as Thomas SMITH; born         , with SSAN           and Kentucky OLN
*and any other persons on the premises that may attempt to traffic, conceal or destroy evidence as described in violation of KRS 218A.*

<u>the following described personal property, to wit:</u>

Any and all illegal narcotics or paraphernalia as described in violation of KRS 218A, to include, but not to be limited to cocaine, heroin, fentanyl, marijuana, methamphetamines, mdma, analogs of these drugs or other such drugs or illicit substances. Cellular telephones which may show contact with the potential co-defendants , to include Gayle HAYES, or the victim Payton SCHUTTE, or others associated with HAYES and SCHUTTE and the subsequent fatal overdose of SCHUTTE. Any other cellular telephone or electronic device that may have been utilized to conduct illegal and illicit activities. Any monies that are proceeds from drug trafficking. Any weapons that may be used to protect illegal narcotics or money. Any paperwork that may be a record of narcotics sales or that may be indicative of the transport, concealment or sales of narcotics. Any paper that may be evidence of individuals living in the residence. Any electronic recording media, computers, software or other such devices that may be used to hold or document illegal narcotics activities in violation of KRS 218A. Any items that might be other evidence of money laundering, or the use of illicitly obtained monies in violations of the KRS. Any evidence that may indicate other violations of the Kentucky Revised Statutes.

Affiant states that there is probable and reasonable cause to believe and affiant does believe that said property constitutes (check appropriate box or boxes):

- [ ] stolen or embezzled property;

- [x] property or things used as the means of committing a crime;

- [x] property or things in the possession of a person who intends to use it as a means of committing a crime;

- [x] property or things in the possession of a person to whom it was delivered for the purpose of concealing it or preventing its discovery and which is intended to be used as a means of committing a crime;

- [x] property or things consisting of evidence which tends to show that a crime has been committed or that a particular person has committed a crime.

Affiant has been an officer in the aforementioned agency for a period of ___17___ years and the information and observations continued herein were received and made in his capacity as an officer thereof.

1. I am a sworn law enforcement officer with Louisville Metro Police Department. As well I am also assigned as a Task Force Officer with the United States Drug Enforcement Administration for the purpose of investigating heroin and opioid related overdoses that have occurred in Louisville and surrounding areas. I have been employed with the Jefferson County Police, which was merged into the Louisville Metro Police Department since November 1, 1999.

2. I am currently assigned as a Sergeant with the Narcotics Division of the Louisville Metro Police Department and have been so assigned since 2010. Prior to promotion, as a Detective I served in variety of investigative capacities which included division level (street) narcotics investigations, terrorism related criminal investigations while assigned as a TFO to the FBI JTTF. Following promotions I have served as a detective Sergeant with in division level CID units and as the supervisor of the Criminal Intelligence Unit which was later merged into the Narcotics Major Case platoon.

3. Prior to my employment as a sworn law enforcement officer I served as the JSO / KYNG criminal analyst assigned to the Louisville Resident Office of the DEA. During this period I received training in general investigative techniques and both telephone and financial analysis as it pertains to narcotics investigation.

4. I have received a variety of training from the DOCJT and other training providers that includes, but it is not limited to, basic and advanced narcotics investigations, interview and interrogations, financial crimes and money laundering. Currently I serve as a DOCJT certified instructor, and have taught a variety of LE courses, to include specialized training concerning heroin related issues. Further I have received a variety of training pertaining to narcotics trafficking, money laundering, undercover operations, and physical surveillance.

5. I have led or assisted on investigations dealing with the possession, manufacturing, distribution, and importation of controlled substances. Through these investigations, my training and experience, and my conversations with other law enforcement investigators, I have become familiar with the methods used by narcotics traffickers to smuggle and safe guard narcotics, to distribute narcotics, and to collect and launder proceeds related to the sales of narcotics. I am familiar with many of the methods utilized by street level to large-scale narcotics traffickers and organizations in attempts to thwart detection by law enforcement.

On the __14th__ Day of __April__, 20 __17__ at approximately __1500__ a.m. ☐ p.m. ☒,

**Affiant received information from/observed:**

On 4/14/2017, Sgt Schardein met with Oldham County Police department (OCPD) Detectives Rittenhouse and Moore. At this time it was learned that on 03/12/2017 OCPD had been dispatched to 1205 East Moody Lane, LaGrange, Kentucky on a nonresponsive 23 year old female (later determined to be Payton SCHUTTE) who was suspected to have overdosed. OCPD conducted a search warrant for the residence and obtained an informed consent to search signed by Patrick Schutte, the victim's father.

**Acting on the information received, affiant conducted the following independent investigation:**

1. OCPD conducted an interview of Gayle HAYES, who appeared to be the girlfriend/paramour of Payton SCHUTTE. During the interview HAYES stated that she and Payton SCHUTTE had used heroin earlier in the evening. HAYES reported that she had

purchased the heroin on two separate occasions from "TC" on March 11, 2017. The first was in the morning (SCHUTTE did not use) and the second was later in the day SCHUTTE did use this heroin. HAYES advised she and SCHUTTE met "TC" in the area of the Dollar Store on Southside Drive. "TC" was operating a black rental car. They purchased a ½ gram of heroin and paid $60 for it. HAYES advised that she had "shot up" and that SCHUTTE had "snorted". HAYES told OCPD investigators that "TC" utilized a facebook account under the name of Thomas SMITH and described "TC" as being a black male and being "big and buff". HAYES further identified a possible residence of "TC" as being 6725 Strawberry Lane, Louisville, Kentucky

2. A search warrant was obtained by OCPD for HAYES' phone and photos were taken of the phone showing the contacts with "TC" on cellular telephone 502-975-4541. The photo of the contact dates and times shows the following:
    03/11/2017 at 11:26 pm for 15 seconds
    03/11/2017 at 11:17 pm for 50 seconds
    03/11/2017 at 10:22 pm for 1 minute, 7 seconds
    03/11/2017 at 10:19 pm for 5 seconds
    03/11/2017 at 10:18 pm for 6 seconds

    As well photographs of the text messages showing the following:
    03/10/2017 at 8:19 pm Outgoing – Im here by the dumpster
    03/10/2017 at 8:22 pm Incoming – Ok 3 mins away sorry
    03/11/2017 at 4:57 pm Outgoing – I got 60
    03/11/2017 at 10:21 pm Outgoing – I need yu answer plz
    03/11/2017 at 10:55 pm Incoming – I am ready when you are
    03/11/2017 at 11:13 pm Outgoing – Im leaving mcdonalds and am on my way.

3. During the search of the residence OCPD recovered the following items:
    A syringe, which was believed to have been used to deliver NARCAN/NALOXONE.
    A spoon with suspected heroin residue from HAYES' purse.
    A five dollar bill, rolled, with suspected heroin residue.
    A cellophane baggie with residue from HAYES' hooded sweat shirt
    A Samsung cellular telephone (502-396-6243) belonging to Payton SCHUTTE.
    A cellular telephone (502-302-2923) belongs to Gayle HAYES.

4. A review of the CLEAR by Sgt Schardein indicates that 502-975-4541 is a T-Mobile phone registered in the name of Thomas JONES

5. OCPD Identified the possible occupants of 6725 Strawberry Lane as being Jihad A. HAQQ or Wilbert Thomas BETHEL. A query of the LMPD ILEADS systems revealed that HAQQ and Wilbert Thomas BETHEL is the same person. BETHEL is known to have legally changed his name to HAQQ. Further BETHEL is known to LMPD officers to having been a member of the Victory Park Crips (VPC) and is known to have the monikers of "TC", "Tom-Cat", and "Tom-Tom". A query of the LMPD CAD system revealed that under CAD P15146567, dated 4/17/2015 at 14:51 hours, 855-892-4444 (Alarm Company, business ID 818), and contacted LMPD dispatch concerning a burglar alarm at the residence of 6725 Strawberry Lane, Louisville, KY 40214. The narrative of the run reads as follows, "*JIHAD RES, HALL MOTION DETECTOR, NOTIFYING, NO PERMIT#, ACFS FROM AC - ADDITIONAL SIGNAL FROM SIDE DOOR*"

6. Following meeting the OCPD, Sgt Schardein met with Patrick and Dema Schutte, the parents of Payton SCHUTTE. Mrs. Schutte explained that she was employed as a Medical Assistant to Dr. Molly Rutherford, who practices in a primary care and addiction treatment center in LaGrange, Kentucky. Payton SCHUTTE had also been employed at this medical center, where she had met Gayle HAYES in 2015 and later Lydia BURWELL. At some point SCHUTTE had become emotionally involved with both HAYES and BURWELL, and confided to her mother that both were addicts and that BURWELL had been involved in shoplifting items. Mrs Schutte explained that it was obvious from the outside perspective that SCHUTTE was being used for money and support by both, and that SCHUTTE was often paying for clothing and hotel rooms for HAYES. On multiple occasions SCHUTTE would sneak HAYES or BURWELL into the residence. Both Mrs. and Mr. Schutte strongly feel that either HAYES or BURWELL, or possibly both, had introduce SCHUTTE to heroin. SCHUTTE was known to have used marijuana as a form of self-treatment for anxiety.

7. On 04/19/2017 Sgt Schardein met with Gayle HAYES, an inmate of the Louisville Metro Department of Corrections, concerning the overdose death of Payton SCHUTTE on March 12, 2017 in Oldham County Kentucky. Due to HAYES being in custody HAYES was provided both a verbal and written Miranda Rights prior to the start of the interview. HAYES was advised she was not the subject of the investigation and that the Commonwealth Attorney's office (Jefferson County) has no intention of seeking charges against HAYES and that she was to be treated as a witness. When advised that the subject of the investigation of was "TC", HAYES responded and said, "Oh my drug dealer".

8. HAYES asked if she needed to go into protective custody, and then explained that she would gladly assist because "he" (TC) needed to go to jail. HAYES then identified a photo of Jihad HAQQ (William Thomas BETHEL) as being the subject she knows as "TC". HAYES was unable to identify a photo Nashayla JONES, however advised she knew that "TC" was either married or engaged. HAYES then provided the following information concerning "TC" (HAQQ).

- HAYES has been purchasing heroin from the subject she knows as "TC" for period of about 3 years (from the time she was 21 to present).
- She has only purchased heroin from "TC"
- She has purchased from other dealers in the past, by "TC" is her primary dealer.
- "TC" sells heroin for about $80 a half gram.
- "TC" double bags the heroin, and keeps the heroin in his mouth before he serves individuals.
- The night before Payton SCHUTTE overdosed (March 11) SCHUTTE had driven HAYES to meet with "TC" (HAQQ) at the Family Dollar Store in the area (later found to be 6621 Southside Drive).
- HAYES stated that she bought $60.00 worth of heroin the night before SCHUTTE overdosed
- In the past HAYES has followed "TC" (HAQQ) following "deals" and observed him going to a residence in the area of Southern Parkway near the Speedway. When shown a google map of the area she picked out the residence of 6725 Strawberry lane. (HAYES later identified a Google Maps Street view of the house)
- HAYES advised that "TC" (HAQQ) has a lawn care business and that she has observed lawn mowers on the side of the house.
- HAYES has never been to the house to meet "TC" (HAQQ) for deals, nor has she purchased drugs from the house. She has seen him driving a Green Pick-up truck, which she also observed at the house. Further HAYES has sold her heroin while operating the green truck.
- HAYES stated that normally she calls "TC" before any deals, and that on the night before PEYTON's death she had called "TC" and then texted him because he did not answer right away.
- HAYES advised that "TC" rents a large number of cars and changes cars out on frequent basis. She believed the rental place may be on or near Preston Highway.
- HAYES advised that "TC" wears blue due to the neighborhood that "TC" grew up in, but only recognized "Victory Park" when Sgt Schardein said the gang name.
- HAYES' ex-boyfriend, Alfred MADDEN (known as Junior MADDEN) was previously employed by "TC" to mow lawns and was paid in "dope" (heroin).
- HAYES said that "TC" has a black male who works for him, name unknown, who is often with him during drug transactions.
- HAYES described an incident in which she suspected that Law Enforcement was surveilling her purchasing heroin from "TC" (HAQQ) and she told "TC" (HAQQ) and he responded and said that is why he does business the way he does it, and meets people out away from his residence.
- HAYES was introduced to "TC" (HAQQ) when she got out of a rehab center by Steven DECKER. HAYES then volunteered that on several (two or three times) occasions she had sex with "TC" for heroin. When asked, HAYES stated that this was never demanded or forced and was voluntary on her part.
- HAYES advised that "TC" (HAQQ) is "real bad alcoholic"
- HAYES expressed willingness to assist further if needed.

9. HAYES also provided the following information concerning SCHUTTE's passing:
- HAYES stated that on returning the SCHUTTE's residence (Oldham County) she went into the bathroom and "shot" her heroin, and then placed the rest in her bra.
- HAYES stated that SCHUTTE had asked to "do a line" and that HAYES told her no (and described herself as being "a bitch" (because she was afraid of being 'dope sick') and then she then went to bed and when she woke up to Mrs. Schutte waking them up she heard "Peyton choking" and she (HAYES) had SCHUTTE's vomit on her arms.

- HAYES stated that "TC's" dope is always strong, which is why she always go to him. In the past he has refused to sell "weak" dope when he gets complaints from customers.
- HAYES advised that she and PAYTON were in a relationship.

10. HAYES granted an informed consent of her phone to allow law enforcement to get the information pertaining to "TC" (HAQQ).

11. Based on the initial information obtained by Oldham County Police the following criminal history was obtained from the AOC Courtnet system concerning Jihad A. HAQQ (previously known as Wilbert Thomas BETHEL), born          with SSAN          and Kentucky OLN

| | |
|---|---|
| 97-CR-000991 | – Assault 1st (Dismissed) and Wanton Endangerment 1st (Dismissed) |
| 97-CR-001423 | – Robbery 1st (transferred to Juvenile) |
| 97-CR-001472 | – Robbery 1st (Transferred to Juvenile) |
| 98-CR-000464 | – Wanton Endangerment 1st (GUILTY) – Amended from a Robbery 1st |
| 00-CR-02168 | – Disorderly Conduct (GUILTY) – Amended from Complicity Wanton Endangerment 1st |
| 02-F-000651 | – POM (GUILTY) – Amended from TIM, TWPE (Dismissed) |
| 02-CR-001558 | – Manslaughter 2nd Degree (Guilty) |
| | – Facilitation Murder (Guilty) |
| | – Facilitation Assault 2nd (Guilty) |
| | – Complicity to TWPE |
| 07-CR-003542 | – Engaging in Organized Crime – Criminal Syndicate (GUILTY) |

12. A facebook page identified to Oldham County PD by Gayle HAYES as being utilized by HAQQ (https://www.facebook.com/profile.php?id=100004406053566), using the name Thomas SMITH, has a series of photos which depict HAQQ wearing blue and making statements consistent with membership with the Victory Park Crips. HAQQ is documented in the LMPD ILEADS system as being a confirmed member of the Victory Park Crips. The following other information was obtained from the FB page:
- Kentucky plate 750028 is observed in on photo – which was found to be registered on a 1996 Ford truck to Jihad HAQQ of 6725 Strawberry Ln, Louisville, KY 40214
- A business card and flyer indicating the business of **Truth 4 Towed Auto Delivery Service** with contact telephone numbers of 502-804-6199 and a secondary contact of "Steve" at 502-200-4855. Contact emails are listed as **Truth4Towed@gmail.com** and **victorylapze@yahoo.com**.
- A FB post with the business name of Victory Lapze shows mail matter addressed to the name of Richard W. DURBIN Jr.
- https://www.facebook.com/NaShayla.Jones?pnref=story appears to be the facebook of Nashayla JONES who is indicated as being in a relationship with HAQQ.

13. A query of CLEAR for telephone 502-200-4855 revealed it to be Verizon cellular telephone. A query of the Facebook associated the telephone with a Facebook account held by Steven TURNER (https://www.facebook.com/profile.php?id=100014369139478).

14. A query of CLEAR for telephone 502-804-6199 revealed it to be a T-Mobile cellular telephone subscribed to Victory Lapze.

15. A query of the LMPD ILEADS system indicates that Richard W. Durbin Jr (a white male, born          ) was the victim of a Robbery 1st degree on 03/25/2017 under case          at 3611 Hillcross Drive, Louisville, KY 40229. A witness to the robbery advised the responding officers he "heard all kinds of noise and then saw a bunch of dope and money laying around…" Further the ILEADS query indicated that on 12/28/2016 under          Officer Nick Ulery seized an uncapped needle and suspected heroin from DURBIN.

16. A query of the Secretary of State for the Commonwealth of Kentucky indicates the following businesses registered by Jihad HAQQ:
   a. Victory Lapze LLC , 6725 Strawberry Lane, Louisville, KY 40214
   b. S.o.u.l.2.s.o.ul. Inc, 6725 Strawberry Lane, Louisville, KY 40214. This business also indicated the names of Nashayla JONES and Detajalica WALLACE.

17. IA Laura Goins (KSP Intel) conducted a review of information concerning HAQQ and JONES and determined that on 05/27/2016

HAQQ had obtained a KY OLN _____ and indicated an address of 6725 Strawberry Lane, Louisville, KY 40214. As well it was determined that on 06/28/2016 JONES had obtained a KY OLN _____ and indicated an address of 6725 Strawberry Lane, Louisville, KY 40214. IA GOINS was able to determine that HAQQ is also associated with the social media account of **https://www.instagram.com/tomcattlewis/**.

18. Further IA GOINS had been able to identify the following vehicles as being registered to HAQQ at 6725 Strawberry Lane, Louisville, KY 40214:
    a. KY 879EDH, 1997 Dodge Truck, green in color
    b. KY 750028, 1996 Ford F350, gray in color
    c. KY 431DRM, 1998 Chevrolet Silverado, white in color
    d. KY 2562GW, 2005 Ford 500, gray in color
   As well IA Goins had located another vehicle registered to both JONES and HAQQ
    a. KY 4488GW, 2009 Dodge Journey, white in color

19. IA Goins was able to determine that HAQQ had rented 28 cars from Enterprise Rental Car from the period of 07/06/2016 to 02/16/2017. This further confirms the information obtained from HAYES concerning HAQQ's regular use of rental vehicles.

20. On 04/21/2017 Inspector Kristi Parkerson (USPIS) advised that on that date the only person getting mail at the residence was Nashayla JONES. On 04/26/2017 Inspector Parkerson advised that both Jihad HAQQ and Nashayla JONES received mail at the residence.

21. A limited analysis of telephone records subpoenaed for 502-975-4541, which had been identified by HAYES as the telephone utilized by"TC" (HAQQ), revealed a large number of calls and contacts to include fifty four (54) documented contacts between HAYES and HAQQ (502-975-4541). Further this limited analysis also indicated the following contacts of interest to the investigation:

    a. 375 contacts with (812) 989-4206, which was associated in the LMPD CAD system with the following calls for service:
       P16512194, 709 S 3rd Street, dated 12/08/2016 at 21:13 hours, caller stated, *"26 YO F, OVERDOSE ON NEUROTIN, HAVING SEIZURES, CONSC. & BREATHING, APT NAME WEISSING. GAULBERT APTS, PT IS IN LOBBY, ADV SHE TOOK 20 OF 100 MG NEUROTIN"*.

       P16504254, 709 S 3rd Street, dated 12/14/2016 at 12:04 hours, caller stated, *"27YOF OVERDOSE ON HEROIN, DEC LOC, HALLUCINATING"*

       P17095990, 1008 S 26th Street, dated 03/08/2017 at 00:37 hours, caller *"27YO F OD ON HEROIN UNCONSC, IS NOW AWAKE---SEMI ALERT ***COME TO REAR PATIENT IS TALKING, PATIENT IS WALKING AWAY SAYS SHE IS FINE. OFFICERS CALL CX FIRE PER POLICE, KEEP EMS COMING UNTIL PD ADV"*

    b. 279 contacts with (502) 915-3594, which was associated in the LMPD CAD system with the following calls for service:
       P17086445, 3607 Hillcross Drive, dated 03/01/2017 at 10:55 hours, caller stated, *"IN THE PARKING LOT, 25YO M NOT AWAKE, SHALLOW BREATHING, PT OUT OF CAR ON THE GROUND, BY A GOLD BONNIEVILLE."* It should be noted that investigation has indicated that this telephone is registered with Face Book as being utilized by Richard "Richie" DURBIN who is known to have been employed by HAQQ.

    c. 81 contacts with (502) 631-6997, which was associated in the LMPD CAD system with the following calls for service:
       P16179575, Dumesnil and Louis Coleman, dated 05/03/2016 at 10:47, caller stated, *" 45YOM OD ON HERION, B1 AT LOC ADVS NON INJ, ACTUAL 1050 INC PER B1 FIRE AND PD ON SCENE, NOW ADVS ALL THE SAME WITH OD, 225C TO UH, 992 INDIANA 852LYW VOLKS BLK 94167883 7940 KEYS WITH AUTO OFFCR STANDING BY."* It should be noted that a Thomas KUMMER was arrested for Operating a Motor Vehicle under the influence of drugs (indicated to be heroin), and the witness was identified as Kathryn BECKER of 6205 Donna Street, Galena, Indiana.

    d. 54 contacts with (502) 418-6320, which has been found to be utilized by Natthanicha "Natty" HERBERT, who was identified under LMPD Narcotics case _____ as being charged with Trafficking in Controlled substances (Methamphetamine) on 12/10/2016 by Detective J. Aquirre. Contact with Detective Aquirre has revealed that a quantity of suspected heroin was also recovered and indictments against HERBERT are anticipated.

22. Initial surveillance of the residence on 04/17/2017 revealed that the address of 6725 Strawberry Lane has multiple cameras that appear to have the view of all angles of the residence and possible routes of entry. Mobile surveillance of the residence on 04/20/2017 revealed a Green Dodge pickup with Kentucky tag 879-EDH and Ford F series tow truck with a plate 750028. A mobile surveillance on 4/24/2017 revealed the Dodge Journey parked in the drive way of the residence; however the tag was obscured by a white Chevrolet

truck bearing Kentucky plat 431DRM. At that time an unidentified white male was observed appearing to load or unload equipment in the drive way.

23. On 04/25/2017 SA Jennifer Traud and SA Nathan Mills conducted downloads of the phones belonging to Gayle HAYES (via a consent to search provided by HAYES) and the Payton SCHUTTE. The download of Gayle HAYES telephone confirmed the information previously obtained by OCPD and supported the statement provided by HAYES.

Your affiant has been able to confirm much of the information provided to law enforcement by the Gayle HAYES, who is a witness to the death of Peyton SCHUTTE. Further your affiant, through a recorded interview of HAYES has shown that the subject whom HAYS identified as "TC" is Jihad HAQQ (formerly known as Wilbert Thomas BETHEL). LMPD records indicated that HAQQ was known to use the monikers "Tom Cat" and "TC" and is confirmed member of the Victory Park Crips.

Your affiant knows, through experience and training that individuals will often attempt to disguise themselves on social media in attempts to limit the ability of law enforcement to track their activities. In this case your affiant has shown in the above affidavit that Jihad HAQQ (also known as Wilbert Thomas BETHEL) was found to be utilizing an account under the name of Thomas SMITH. Further your affiant has shown that HAQQ is believed to be utilizing a telephone registered in the name of Thomas JONES to traffic heroin.

Your affiant has shown in the above affidavit that Jihad HAQQ is known to reside at 6725 Strawberry Lane, Louisville, Kentucky. Further the statement of Gayle HAYES has shown that HAQQ will travel to this residence after selling heroin, and that HAQQ prefers to have subjects meet him at locations in close proximity to his residence. Your affiant knows through experience and training that individuals involved in narcotics trafficking will often keep narcotics, cutting agents, records, currency, and other evidence of illegal activities in their residences. As well, statements from HAYES have indicated that HAQQ will often use a variety of vehicles, to include rental vehicles, to traffic narcotics.

Your affiant has been able to identify a pattern of reported overdoses associated with telephone numbers known to have been in contact with a telephone identified through interviews as being utilized by HAQQ to traffic heroin. Your affiant believes this telephone is still in service and will either be on the person of HAQQ or in the residence described in the affidavit

Your affiant knows through training and experience that individuals involved in illegal activities that generate illicit income will often create "straw" businesses to hide or comingle the illicit monies in an attempt to hide the source of the funds from law enforcement.

Your affiant knows through training and experience that individuals involved in illegal activities to include narcotics trafficking often use "burner" or "throw away" cellular telephones in an effort to hide their illicit and illegal activities. The affiant further knows that they often use fictitious or stolen identities to when registering these phones in order to further mask their identities. The affiant knows through training and experience that narcotics traffickers often keep records of their illegal activities and that many maintain firearms to protect themselves from other criminals and law enforcement.

**Due to the lengthy, and violent, criminal history associated with Jihad HAQQ detailed in the above affidavit your affiant request the permission of the court for a "No Knock" warrant to ensure officer safety**

Your affiant now respectfully presents this affidavit for the review and consideration of this Court.

Affiant has reasonable and probable cause to believe that grounds exist for the issuance of a Search Warrant, based on the aforementioned facts, information and circumstances and prays that a Search Warrant be issued, that the property be seized, or any part thereof, and brought before any court and/or retained subject to order of said court.

_____
Thomas Schardein, 6600
Sergeant

Subscribed and sworn before me on this the ____26____ day of ____April____,
20 _17_ . _6:04_ a.m. ☐ p.m. ☒

_____
Jefferson Circuit Judge
Title