UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
(electronically filed)

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.                                                          Criminal Action No. 3:17-cr-119-CRS

JIHAD HAQQ                                                                  DEFENDANT

**DEFENDANT'S SUPPLEMENT TO
HIS MOTION TO SUPPRESS**

Comes the defendant, Jihad Haqq, through counsel, and offers this supplement to his Motion to Suppress, as allowed by the Order of this Court [DN 28]:

A civil suit has been filed regarding the search at issue in this case. (Case No. 3:18-cv-00265-CHB). That suit details the conduct of the search that Mr. Haqq has moved to suppress. Specifically relevant to the suppression issue is there appear to be differences in the copies of warrants filed in this case. While there was just one search, the warrants allegedly authorizing that search have markedly different signatures on the copies filed in the state Discovery and in the federal PACER filings of the above-styled case against Mr. Haqq. The civil suit alleges that the officers refused to show a copy of the warrant to Ms. Jones, who is named on the lease and was home at the time of the search. [3:18-cv-00265-CHB, DN 1, p. 10]. Especially given the discrepancies in the warrant signatures, this failure to produce the warrant at the search raises additional questions about the existence of the warrant at the time of the search.

The officers in this case conducted a no-knock invasion of Mr. Haqq's residence, broke his windows, pointed guns at his children, and killed his autistic child's registered service dog. They then interrogated Mr. Haqq at length without ever advising him of his Miranda rights. These officers were guilty of extreme over reach during this investigation. The context of the

search should be taken into consideration when looking at the contemporaneous existence and validity of the warrant and any claim of good faith reliance on the part of the police.

WHERFEORE, as argued extensively in the original motion and the Reply, and for the additional reasons raised above, Mr. Haqq respectfully requests that all evidence obtained as a result of the above referenced search be suppressed.

**Respectfully submitted**,
/s/   *Rob Eggert*
**ROB EGGERT**
600 West Main Street, Suite 300
Louisville, Kentucky 40202
(502) 589-6190

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May, 21, 2018, the foregoing reply was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all of the attorneys of record.

**/s/**   *Rob Eggert*
**Rob Eggert**