UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**JIHAD HAQQ,** a/k/a T.C., a/k/a TOM CAT,
a/k/a THOMAS SMITH, a/k/a CASHUS,
a/k/a CASH

SUPERSEDING INDICTMENT

NO.  3:17-CR-119-RGJ
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 846
21 U.S.C. § 853

The Grand Jury charges:

## COUNT 1
*(Conspiracy to Possess with Intent to Distribute and Distribute Heroin, Fentanyl, Oxycodone and Hydrocodone)*

From on or about December 1, 2016, and continuing to on or about April 27, 2017, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendant, **JIHAD HAQQ,** a/k/a T.C., a/k/a TOM CAT, a/k/a THOMAS SMITH, a/k/a CASHUS, a/k/a CASH, knowingly and intentionally conspired and agreed with others, known and unknown to the Grand Jury, to possess with the intent to distribute and distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, oxycodone, a Schedule II controlled substance, and hydrocodone, a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846 and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 2
*(Distribution of Fentanyl)*

On or about March 11, 2017, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant **JIHAD HAQQ**, a/k/a T.C., a/k/a TOM CAT, a/k/a THOMAS SMITH, a/k/a CASHUS a/k/a CASH, knowingly and intentionally distributed a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812, and the death and serious bodily injury of P.S. resulted from the use of such substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## NOTICE OF FORFEITURE

As a result of committing an offense in violation of Title 21, United States Code, Section 846 and 841(a)(1), as alleged in this Indictment, a felony punishable by imprisonment for more than one year, the defendant, **JIHAD HAQQ**, a/k/a T.C., a/k/a TOM CAT, a/k/a THOMAS SMITH, a/k/a CASHUS a/k/a CASH, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds the defendant obtained, directly or indirectly, as a result of said offense, and any and all of the defendant's property used, or intended to be used, in any manner or part, to commit or to

facilitate the commission of the violation alleged in this Indictment, including but not limited to $19,162.00 in United States currency.

A TRUE BILL.

███████████████████
FOREPERSON

*/s/ Russell M. Coleman*
RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

RMC:RBBEGM:03202019

UNITED STATES OF AMERICA v. **JIHAD HAQQ,** a/k/a T.C., a/k/a TOM CAT, a/k/a THOMAS SMITH, a/k/a CASHUS, a/k/a CASH

## PENALTIES

Count 1: NM 20 yrs./$1,000,000/both/NL 3 yrs. Supervised Release
        (with one prior qualifying conviction, NM 30 yrs./$2,000,000/NL 3 yrs. Supervised Release)
Count 2: NM 20 yrs./$1,000,000/both/NL 3 yrs. Supervised Release
        (If death resulted: NL 20 yrs./NM Life/NM $1,000,000/both/NL 3 yrs. Supervised Release)
        (with one prior qualifying conviction, NM 30 yrs./$1,000,000/NL 3 yrs. Supervised Release)
        (If death resulted, with one prior qualifying conviction, NL Life)
Forfeiture

## NOTICE

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

    1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

        For offenses occurring after December 12, 1987:

        No **INTEREST** will accrue on fines under $2,500.00.

        **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

        **PENALTIES** of:

        10% of fine balance if payment more than 30 days late.

        15% of fine balance if payment more than 90 days late.

    2.     Recordation of a **LIEN** shall have the same force and effect as a tax lien.

    3.     Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

        If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No.

# UNITED STATES DISTRICT COURT
Western District of Kentucky
At Louisville

## THE UNITED STATES OF AMERICA

vs.

### THOMAS P. CANNON

## INDICTMENT

**Counts 1 and 2**
*Production of child pornography*
18 U.S.C. §§2251(a) and 2251(e)

**Count 3**
*Advertising for child pornography*
18 U.S.C. §§ 2251(d)(1)(A) and 2251(e

**Count 4**
*Transportation of child pornography*
18 U.S.C. §§2252A(a)(1) and 2252A(b)(1

**Count 5**
*Transportation of child pornography*
18 U.S.C. §§2252A(a)(5)(B) and 2252A(b)(2)

**Forfeiture**

*A true bill.*

*Foreperson*

*Filed in open court this 20ᵀᴴ day of March, 2019.*

**FILED**
VANESSA L. ARMSTRONG, CLER

MAR 20 2019     *Clerk*

*Bail, $*     U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY