## RE: LMPD ORR # 17-3596





**King, Pamela A**

To Nashayla Jones

Nov 27, 2017 at 12:59 PM

📎 1 attachment

Ms. Jones – I searched 6725 Strawberry Lane and was not able to locate any incident reports responsive to your request. Please note 17-F-5067 is not a number for any form utilized by LMPD. Please contact the Clerk's office to obtain a copy of the search warrant in the District Court file.

   

Delete    Move to    Forward    Reply    More

**FILED**
JAMES J. VILT JR.,
CLERK
3/4/21

U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

## The UPS Store #5369

**From:** Nashayla Jones <adiamondlegacy@yahoo.com>
**Sent:** Monday, January 15, 2018 2:47 PM
**To:** The UPS Store #5369
**Subject:** Fw: LMPD ORR # 17-3596

On Tuesday, November 21, 2017 1:08 PM, "King, Pamela A" <Pamela.King@louisvilleky.gov> wrote:

Ms. Jones – This comes in response to your request regarding a search at 3725 Strawberry Lane Louisville, Kentucky 40214 involving Wilbert Bethel. Please be advised based on the information provided LMPD conducted a search and was unable to locate any records responsive to your request. If you have any questions, please advise.

Thank you,

1

Pamela A. King, Paralegal
LMPD Open Records Division
633 W. Jefferson Street
Louisville, KY 40202
O (502) 574-8805
F (502) 574-7071
Pamela.king@louisvilleky.gov



The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.