UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                                      CRIMINAL ACTION NO. 3:17-CR-00119-RGJ

JIHAD HAQQ                                            DEFENDANT

### ORDER

This matter having come before the Court on the Motion of the United States to Withdraw its previously filed Motion for Destruction and/or Disposal of Evidence (DN 111), and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Motion for leave to withdraw DN 111 is **GRANTED**.

**IT IS FURTHER ORDERED** that DN 111, the United States' Motion for Destruction and/or Disposal of Evidence, is hereby **WITHDRAWN** and terminated from the docket.